## PURCHASE ORDER

DATE: 9/15/2011
P.O. # 140730ÖR2

EZ Corporation
2300 W Sahara Blvd 8Flr
Las Vegas NV 89102
cat.22 cap69

**VENDOR**
Jiuzhuo Jena Co LTD
5700 Granite Parkway #200
Plano TX 75024
VID: JC8910
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. C
direct ship doc 11 sch. Require

REQUISITIONER  SHIP VIA        F.O.B.          SHIPPING TERMS
r.peng          container to door  warehouse 04  landed

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|--------|-------------|-----|------------|-------|
| HC3269 | 32 LCD TV   | 4640 | 236.50    | 1,097,360.00 |

[42]

SUBTOTAL  $ 1,097,360
TAX RATE        0.000%
TAX       $        -
S & H     $        -
OTHER     $        -
TOTAL     $ 1,097,360

Other Comments or Special Instructions
deliver on or before 11-01-2011
p.o cancellation on 11-04-2011
item require deliver dc 06
check buyer for information on dc 01

Authorized by     Date 9/15/11

If you have any questions about this purchase order, please contact
cat.22 x460 or buyer r.peng

# Exhibit No.: 1001

PURCHASE ORDER

DATE: 9/15/2011
P.O. # 1407301R2

EZ Corporation
2300 W Sahara Blvd 8Flr
Las Vegas NV 89102
cat.22 cap69

**VENDOR**
Jiuzhuo Jena Co LTD
5700 Granite Parkway #200
Plano TX 75024
VID: JC8910
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. C
direct ship doc 11 sch. Require

REQUISITIONE|SHIP VIA    F.O.B.    SHIPPING TERMS
r.peng**************** container to door********* warehouse 04*****: landed***********************************

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| HC3269 | 32 LCD TV | 10360 | 236.50 | 2,450,140.00 |

[42]

SUBTOTAL $ 2,450,140
TAX RATE    0.000%
TAX         $   —
S & H       $   —
OTHER       $   —
TOTAL       $ 2,450,140

Other Comments or Special Instructions
deliver on or before 11-01-2011
p.o cancellation on 11-04-2011
item require deliver dc 06
check buyer for information on dc 01

Authorized by [signature]    Date 9/15/11

If you have any questions about this purchase order, please contact
****************************************cat.22 x460 or buyer r.peng*****************************

**Exhibit No.: 1002**

## PURCHASE ORDER

DATE: 9/15/2011
P.O. # 14073177

EZ Corporation
2300 W Saham Blvd 8Flr
Las Vegas NV 89102
cat.22 cap69

**VENDOR**
Jiuzhuo-Jena Co LTD
5700 Granite Parkway #200
Plano TX 75024
VID: JC8910
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. C
direct ship doc 11 sch. Require

**REQUISITIONER** **SHIP VIA**   **F.O.B.**   **SHIPPING TERMS**
r.peng              container to door   warehouse 04   landed

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| HC3269 | 32 LCD TV | 5000 | 236.50 | 1,182,500.00 |

[42]   SUBTOTAL $ 1,182,500
Other Comments or Special Instructions   TAX RATE   0.000%
deliver on or before 11-07-2011           TAX      $   -
p:o cancellation on 11-11-2011            S&H      $   -
item require deliver dc 06                OTHER    $   -
check buyer for information on dc 01      TOTAL    $ 1,182,500

Authorized by _____   Date 9/15/11

If you have any questions about this purchase order, please contact
cat.22 x460 or buyer r.peng

# Exhibit No: 1003

## PURCHASE ORDER

DATE: 10/19/2011
P.O. # 1408611

EZ Corporation
2300 W Sahara Blvd 8Flr
Las Vegas NV 89102
cat.22 cap69

**VENDOR**
Jiuzhuo Jem Co LTD
5700 Granite Parkway #200
Plano TX 75024
VID: JC8910
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. C
direct ship doc 11 sch. Require

**REQUISITIONE! SHIP VIA**   **F.O.B.**   **SHIPPING TERMS**
r.peng      container to door   warehouse 04   landed

| ITEM #  | DESCRIPTION | QTY  | UNIT PRICE | TOTAL      |
|---------|-------------|------|------------|------------|
| HC3269  | 32 LCD TV   | 3000 | 236.50     | 709,500.00 |

[42]

Other Comments or Special Instructions
deliver on or before 12-01-2011
p.o cancellation on 12-07-2011
item require deliver da 06
check buyer for information on dc 01

SUBTOTAL $  709,500
TAX RATE     0.000%
TAX       $     -
S & H     $     -
OTHER     $     -
TOTAL     $  709,500

Authorized by  [signature]       Date  [illegible]

If you have any questions about this purchase order, please contact
cat.22 x460 or buyer r.peng

**Exhibit No: 1004**

## PURCHASE ORDER

DATE: 10/25/2011
P.O. # 1401223

EZ Corporation
2300 W Sahara Blvd 8Flr
Las Vegas NV 89102;
cat.22 cap$9 ·

**VENDOR**
Jiuzhuo Jeng Co LTD
5700 Granite Parkway #200
Plano TX 75024.
VID: JC8910
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. C
direct ship doc 11 sch. Require

**REQUISITIONER** | **SHIP VIA** | **F.O.B.** | **SHIPPING TERMS**
r.peng | container to door | warehouse 04 | landed

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| FB2370 | 22"LED TV | 5000 | 159.00 | 795,000.00 |

[42]  SUBTOTAL $ 795,000
TAX RATE 0.000%

Other Comments or Special Instructions
deliver on or before 12-07-2011
p.o cancellation on 12-14-2011
item require deliver dc 06
check buyer for information on dc 01

TAX $ —
S & H $ —
OTHER $ —
TOTAL $ 795,000

Authorized by          Date 10/25/11

If you have any questions about this purchase order, please contact
cat.22 x460 or buyer r.peng

# Exhibit No: 1005

## PURCHASE ORDER

DATE: 10/28/2011
P.O. # 150201

EZ Corporation
2400 W. Sahara Blvd/8Flr
Las Vegas NV 89102
ph 22 5969

VENDOR                          SHIP TO
Jiutino Jesu Co LTD             dr.#05 warehouse#.OR
5700 Granice Parkway #200       6810 Bickmire Ave
Plano, TX 75023                 Chino Ca 91708
VIP: 108810                     sch. C
Tamus Ngsso                     dir.cnship dor #1 sch. Requisr.

REQUISITIONER SHIP VIA          F.O.B.       SHIPPING TERMS
r.peng                container to door      warehouse 04     landed

| ITEM #  | DESCRIPTION | QTY  | UNIT PRICE | TOTAL   |
|---------|-------------|------|------------|---------|
| TB2970  | 22LED TV    | 5000 | 159.00     | 795,000 |

[32]       SUBTOTAL $   795,000
           TAX RATE     0.000%
           TAX      $   —
           S&H      $   —
           OTHER    $   —
           TOTAL    $   795,000

Other Comments or Special Instructions
deliver on or before 12-07-2011
po cancellation on 12-11-2011
items require delivery dr. 05
check buyer for information or dc 01


Authorized by                    Date 10/28/11

If you have any questions about this purchase order, please contact
r.peng                       px 22 5960 or buyer r.peng

**Exhibit No: 1006**

## PURCHASE ORDER

DATE: 11/9/2011
P.O. # 1501559

BZ Corporation
2300 W Sahara Blvd 8Flr
Las Vegas NV 89102
cat.22 cap69

**VENDOR**
Jinzhuo Jena Co LTD
5700 Granite Parkway #200
Plano TX 75024
VID: JC591D
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. G
direct ship doc 11 sth. Require

**REQUISITIONER  SHIP VIA          F.O.B.        SHIPPING TERMS**
r.peng         container to door   warehouse 04   landed

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|--------|-------------|-----|-----------|-------|
| HE3270 | 32 LED TV   | 3000 | 285.00   | 855,000.00 |

| | | [42] | SUBTOTAL $ | 855,000 |
|---|---|---|---|---|
| Other Comments or Special Instructions | | | TAX RATE | 0.000% |
| deliver on or before 12-26-2011 | | | TAX | - |
| p.o cancellation on 12-30-2011 | | | S & H  $ | - |
| item require deliver dc 06 | | | OTHER  $ | - |
| check buyer for information on dc 01 | | | TOTAL  $ | 855,000 |

Authorized by           Date  11/09/2011

If you have any questions about this purchase order, please contact
cat.22 x460 or buyer r.peng

Exhibit No: 1007

PURCHASE ORDER

DATE 1/31/2012
P.O. # 1302215R1

EZ Corporation
2300 W Sahara Blvd 8FL
Las Vegas NV 89102
ext 22 fap69

VENDOR:                          SHIP TO:
Jinxing Ienj Co LTD              dp #05 warehouse 03
5700 Granite Parkway #200        6810 Bickmore Ave
Plano TX 75024                   Chino Ca 91708
Vnd: JC3970                      sch. C
Term: Net 60                     direct ship doc 11 10h. Require

REQUISITIONER SHIP VIA           F.O.B.       SHIPPING TERMS
jtpeng                container to dpr     warehouse 03    hudag

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| FE2070 | 22 LED TV | 10000 | 159.00 | 1,590,000.00 |
| HC3269 | 32 LCD TV | 5000 | 236.50 | 1,182,500.00 |

                                         SUBTOTAL  $ 2,772,500
Other Conditions or Special Instructions  TAX RATE     0.000%
deliver on or before 01-19-2012           TAX       $   -
p.o. cancellation on 01-18-2012           S&H       $   -
item require deliver dt 06                OTHER     $   -
check buyer for information on dt 01      TOTAL     $ 2,772,500

Authorized by                                Date

If you have any questions about this purchase order, please contact
ext 322x160 or buyer j.geng

**Exhibit No: 1008**

## PURCHASE ORDER

DATE: 1/5/2012
P.O. # 1708281

EZ Corporation
2300 W Sahara Blvd 8Flr
Las Vegas NV 89102
cat.22 cap69

**VENDOR**
Jiuzhuo Jena Co LTD
5700 Granite Parkway #200
Plano TX 75024
VID: JC8910
Term: Net 60

**SHIP TO**
dc #06 warehouse# 06
6810 Bickmore Ave
Chino Ca 91708
sch. C
direct ship doc 11 sch. Require

**REQUISITIONE SHIP VIA**          **F.O.B.**      **SHIPPING TERMS**
r.peng************ container to door********* warehouse 04****** linded*************************************

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| FE2270 | 22" LED TV | 4000 | 159.00 | 636,000.00 |
| HC3269 | 32 LCD TV | 5000 | 236.50 | 1,182,500.00 |
| HC4669 | 46 LCD TV | 3000 | 455.00 | 1,365,000.00 |

[42]

SUBTOTAL $ 3,183,500
TAX RATE      0.000%
TAX        $     –
S & H      $     –
OTHER      $     –
TOTAL      $ 3,183,500

Other Comments or Special Instructions
deliver on or before 03-10-2012
p.o cancellation on 03-13-2012
item require deliver dc 06
check buyer for information on dc 01

Authorized by _____    Date 1/5/12

If you have any questions about this purchase order, please contact
******************************************* cat.22 x460 or buyer r.peng **********************************

**Exhibit No.: 1009**