UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIUZHOU JENA CO., LTD, a Delaware corporation, | Case No. 2:16-cv-00142-MMD-NJK |
| Plaintiff, | ORDER |
| v. | |
| EZSUPPLY INC., a Nevada corporation d/b/a EZ CORPORATION and DOES 1-10, inclusive, | |
| Defendants. | |

This action arises from Defendant EZSupply Inc.'s alleged failure to pay for consumer electronics products purchased from Plaintiff Jiuzhou Jena Co. Ltd. (ECF No. 1.) Before the Court is Plaintiff's Motion for Default Judgment. (ECF No. 11.) The Court has reviewed the Complaint, proof of service on Defendant and the Motion and exhibits attached thereto. (ECF Nos. 1, 6, 11, 12, 13.) The Court finds that default judgment is proper. Plaintiff has satisfied the procedural requirements for default judgment pursuant to Fed. R. Civ. P. 55(b). The Clerk properly entered a default against Defendant pursuant to Fed. R. Civ. P. 55(a) because Defendant has failed to appear after having been properly served. (ECF No. 8.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). Plaintiff's Motion demonstrates that it is entitled to default judgment in the amount of $5,188,892.50.

It is therefore ordered that Plaintiff's Motion for Default Judgment (ECF No. 11) is granted. Plaintiff is directed to submit a proposed order granting its motion within seven (7) days.

DATED THIS 19th day of May 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE