UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIUZHOU JENA CO., LTD, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EZSUPPLY INC., a Nevada corporation d/b/a EZ CORPORATION and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00142-MMD-NJK<br><br>ORDER |

On May 19, 2017, the Court issued an order granting Plaintiff's Motion for Default Judgment. (ECF No. 11.) Accordingly, it is ordered that default judgment be entered in favor of Plaintiff Jiuzhou Jena Co. Ltd and against Defendant EZ Supply Inc. in the amount of $5,188,892.50. Plaintiff will be entitled to pre-judgment interest from the date of service of the summons and complaint (January 29, 2016) in accordance with NRS § 17.130(2). Plaintiff will also be entitled to post-judgment interest pursuant to 28 U.S.C. § 1961.

The Clerk is directed to enter judgment accordingly and close this case.

DATED THIS 30th day of May 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE