# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JIUZHOU JENA CO., LTD, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EZSUPPLY INC., a Nevada Corporation d/b/a EZ CORPORATION and DOES 1-10, Inclusive,<br><br>Defendants. | **Case No. 2:16-cv-00142-MMD-NJK**<br><br>Hon. Miranda M. Du,<br>    United States District Judge<br><br>Hon. Nancy J. Koppe<br>    United States Magistrate Judge<br><br>**FINAL JUDGMENT** |

The court has ordered that the plaintiff, JIUZHOU JENA CO., LTD, a Delaware Corporation recover from the defendant, EZSUPPLY INC., a Nevada Corporation d/b/a EZ CORPORATION with its principal offices in Clark County, Nevada, the amount of Five Million, One Hundred Eighty-Eight Thousand, Eight Hundred Ninety-Two dollars and fifty cents ($5,188,892.50), which includes prejudgment interest, pursuant to NEV. REV. STAT. § 17.130, at the rate of five and one-half percent (5.5%) from January 29, 2016 until December 31, 2016 and five and three-fourths percent (5.75%) from January 1, 2017 until the date of this judgment, plus post-judgment interest, including on the amount of the judgment and the amount of pre-judgment interest, at the rate pursuant to 28 U.S.C. § 1961, namely, at a rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of

Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, along with costs.

This action was decided by Judge on a motion for default judgment.

Defendants Does 1-10, Inclusive have been dismissed by notice.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK

May 30, 2017
DATE